Entered: March 18th, 2021
Signed: March 17th, 2021

**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | Case No. 21-10023 (JTD) |
| Debtor. | Pending in the United States Bankruptcy Court for the District of Delaware |
| MARRIOTT HOTEL SERVICES, INC.<br>10400 Fernwood Road<br>Bethesda, MD 20817<br><br>Plaintiff<br><br>v.<br><br>WARDMAN HOTEL OWNER, L.L.C.<br>4747 Bethesda Avenue, Suite 200<br>Bethesda, MD 20814<br><br>PACIFIC LIFE INSURANCE COMPANY<br>700 Newport Center Drive<br>Newport Beach, CA 92660<br><br>Defendants. | Adversary No.: 21-00043 (LSS) |

LEGAL02/40503013v2

**CONSENT ORDER GRANTING MOTION TO TRANSFER VENUE OF REMOVED CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE WHERE THE CHAPTER 11 BANKRUPTCY CASE OF DEFENDANT WARDMAN HOTEL OWNER, L.L.C. IS PENDING**

Upon consideration of the motion of Pacific Life Insurance Company, a Nebraska corporation ("**Pacific Life**") to transfer (the "**Motion to Transfer Venue**") (ECF No. 3) the above-captioned removed adversary proceeding (the "**Adversary Proceeding**"), and all claims and causes of action removed to this court through Pacific Life's Notice of Removal ("**Notice of Removal**") (ECF Nos. 1, 2) of Civil Action No. 483406-V from the Circuit Court for Montgomery County, Maryland (the "**State Court Action**" or the "**Removed State Court Action**"), to the United States Bankruptcy Court for the District of Delaware (the "**Delaware Bankruptcy Court**"), where Defendant Wardman Hotel Owner L.L.C., a Delaware limited liability company ("**Hotel Owner**" or the "**Debtor**") is a debtor in a pending Chapter 11 case (the "**Chapter 11 Case**"),

The Motion to Transfer Venue is granted. The Clerk of the Court is directed to transfer this Adversary Proceeding to the Delaware Bankruptcy Court.

The entry of the Order shall not constitute a finding of fact or conclusion of law as to the validity of jurisdiction of the State Court Action in the Delaware Bankruptcy Court. Nothing in this Order shall restrict, impair, or otherwise affect any right of Marriott Hotel Services, Inc. ("**Marriott**") to seek remand and/or abstention of the State Court Action by the Delaware Bankruptcy Court or constitute a waiver of any of Marriott's rights or defenses.

LEGAL02/40503013v2

Dated: March 12, 2021

| | |
|---|---|
| /s/ Colleen C. Correal | /s/ Brian D. Frey |
| John M. Quinn, | Brian D. Frey |
| Colleen C. Correal | ALSTON & BIRD LLP |
| ETHRIDGE, QUINN, KEMP, ROWAN & HARTINGER | The Atlantic Building 950 F Street, NW |
| 33 Wood Ln | Washington, DC 20004-1404 |
| Rockville MD 20850 | |
| | *Attorneys for Pacific Life Insurance Company* |

*Attorneys for Marriott Hotel Services, Inc.*

/s/ Stephen McAuliffe, III
Stephen McAuliffe, III
Rosalyn Tang
MILES & STOCKBRIDGE
11 N Washington St 700
Rockville MD 20850

*Attorneys for Wardman Hotel Owner, LLC*

### Certification Pursuant to Admin. Order 03-02

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Brian D. Frey
Brian D. Frey

### End of Order

Copies to be sent to:

Lindsay Harrison
Jessica Ring Amunson
JENNER & BLOCK LLP
1099 New York Ave NW Ste 900
Washington DC 20001

John M. Quinn,
Colleen C. Correal
ETHRIDGE, QUINN, KEMP, ROWAN & HARTINGER
33 Wood Ln
Rockville MD 20850

Stephen McAuliffe, III
Rosalyn Tang
MILES & STOCKBRIDGE
11 N Washington St 700
Rockville MD 20850

Bryan t Mohler,
Todd e Soloway
PRYOR CASHMAN LLP
7 Times Sq.
New York NY 10036

Brian D. Frey
ALSTON & BIRD LLP
The Atlantic Building 950 F Street, NW
Washington, DC 20004-1404

David A. Wender
Grant T. Stein
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia, 30309