**EXHIBIT A**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.,<br><br>                    Debtor. | Chapter 11 Case<br><br>Case No. 21-10023 (JTD)<br><br>Pending in the United States Bankruptcy Court for the District of Delaware |
| MARRIOTT HOTEL SERVICES, INC.<br>10400 Fernwood Road<br>Bethesda, Maryland 20817<br><br>                    Plaintiff,<br>-against-<br><br>WARDMAN HOTEL OWNER, L.L.C.<br>4747 Bethesda Avenue, Suite 200<br>Bethesda, Maryland 20814<br><br>PACIFIC LIFE INSURANCE COMPANY<br>700 Newport Center Drive<br>Newport Beach, California 92660<br><br>                    Defendants. | Adv. Pro. No. 21-00043 |

**ORDER GRANTING MARRIOTT HOTEL SERVICES, INC.'S MOTION FOR MANDATORY ABSTENTION FROM HEARING AND REMAND OF CLAIMS AGAINST PACIFIC LIFE INSURANCE COMPANY PURSUANT TO 28 U.S.C. § 1334(c)(2) OR, IN THE ALTERNATIVE, PERMISSIVE ABSTENTION AND REMAND PURSUANT TO 28 U.S.C. §§ 1334(c)(1) AND 1452(b)**

Upon consideration of the motion (the "Motion")[1] of Marriott Hotel Services, Inc. ("Marriott") for entry of an order abstaining from hearing the claims against Pacific Life Insurance Company (the "Pacific Life Claims"), and remanding the Pacific Life Claims to the Circuit Court for Montgomery County in Maryland (the "Maryland State Court"), having found that notice of

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

- 1 -

- 2 -

the Motion was proper and adequate under the circumstances, and the Court, having found that cause exists to grant the relief set forth in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Pacific Life Claims are hereby remanded to the Maryland State Court.

3. Notwithstanding anything set forth in the Bankruptcy Rules, this Order shall become effective immediately upon its entry.

4. This Court retains exclusive jurisdiction to interpret, enforce, and implement the terms and provisions of this Order.

Dated: _____, 2021

_____
United States Bankruptcy Judge