# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
## Adversary Proceeding #: 21−00043

*Assigned to:* Judge Lori S. Simpson
*Demand:*

*Date Filed:* 02/17/21
*Date Removed From State:* 02/17/21
*Case Administrator :*  Kelly Horning
*Team Phone:*   301−344−3965

*Nature[s] of Suit:*   01  Determination of removed claim or cause

*Plaintiff*
−−−−−−−−−−−−−−−−−−−−−−−−
**Marriott Hotel Services, Inc.**
c/o John M. Quinn
Quinn, Kemp, Rowan & Hartinger
33 Wood Ln
Rockville, MD 20850

represented by **Colleen Coffman Correal**
33 Wood Lane
Rockville, MD 20850
3017621696
Fax : 3017627691
Email: ccc@eqkmrh.com

**Lindsay C. Harrison**
Jenner & Block LLC
1099 New York Avenue, NW
Suite 900
Washington, DC 20001−4412
202−639−6000

**John M. Quinn**
Ethridge Quinn McAulife et al
33 Wood Lane
Rockville, MD 20850
*LEAD ATTORNEY*

**Paul B. Rietema**
Jenner & Block
353 N. Clark St.
Chicago, IL 60654
321−222−9350

**Alex Trepp**
Jenner & Block
1099 New York Ave. NW #900
Washington, DC 20001
202−639−6000

V.

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−−
**Wardman Hotel Owner, LLC**
4747 Bethesda Avenue
Suite 200
Bethesda, MD 20814

represented by **J Stephen McAuliffe, III**
Miles & Stockbridge
11 North Washington St 700
Rockville, MD 20850
301−762−1600
*LEAD ATTORNEY*

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Pacific Life Insurance Company**　　　　　represented by **Brian Frey**
700 Newport Center Drive　　　　　　　　　　　　　　　Alston & Bird LLP
Newport Beach, CA 92660　　　　　　　　　　　　　　　950 F Street NW
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　　　　　2022393067
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: brian.frey@alston.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Grant T. Stein**
　　　　　　　　　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　　　　　　　404−881−7000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: grant.stein@alston.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　**David A. Wender**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Alston & Bird LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　　　　　　　404−881−7000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: david.wender@alston.com

| **Case Related Information** ||||
|---|---|---|---|
| No Associated Cases | No Claims | Related Transactions | show related transactions |
| Pending Matters | Pending Deadlines | No Pending Hearings | Key Dates |
| EOrders: Activity  No Signed Upload  Log | Party | Case Opening Fees  All Fees | |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 02/17/2021 | 1 | (01 (Determination of removed claim or cause)) Notice of Removal by John M. Quinn on behalf of Marriott Hotel Services, Inc. against Wardman Hotel Owner, LLC , Pacific Life Insurance Company . (Attachments: # 1 Adversary Cover Sheet # 2 Exhibit B # 3 Exhibit C) (Horning, Kelly) (Entered: 02/18/2021) |
| 02/18/2021 | 2 | Motion /Notice of Removal Filed by Pacific Life Insurance Company. (Frey, Brian) (Entered: 02/18/2021) |
| 02/18/2021 | 3 | Motion to Transfer Adversary To Another District /Motion to Transfer Venue of Removed Case to the United States Bankruptcy Court for the District of Delaware Where the Related Chapter 11 Bankruptcy Case of Defendant Wardman Hotel Owner, L.L.C. is Pending Filed by Pacific Life Insurance Company. (Frey, Brian) (Entered: 02/18/2021) |
| 02/18/2021 | | Filing Fee − Adversary Complaint − Amount $350. Filed by Brian Frey (related document(s)1 Complaint filed by Plaintiff Marriott Hotel |

| | | | |
|---|---|---|---|
| | | | Services, Inc.). (Grant, Kelly) Modified on 2/18/2021 to correct the party filer (Grant, Kelly). (Entered: 02/18/2021) |
| 02/19/2021 | | | Filing Fee – Other – Amount $350. Authorized by Darla Twoey. Filed by Brian Frey (related document(s)1 Complaint filed by Plaintiff Marriott Hotel Services, Inc., 2 Motion for Miscellaneous Relief filed by Defendant Pacific Life Insurance Company, Filing Fee – Adversary Complaint filed by Defendant Pacific Life Insurance Company). (Frey, Brian) (Entered: 02/19/2021) |
| 02/19/2021 | | 4 | Receipt of filing fee for Filing Fee – Other(21–00043) [misc,recgenbk] ( 350.00). Receipt number 38023120. Fee amount 350.00 (re: Doc # ) (U.S. Treasury) (Entered: 02/19/2021) |
| 02/19/2021 | | 5 | Affidavit of Service Filed by Brian Frey (related document(s)1 Complaint filed by Plaintiff Marriott Hotel Services, Inc., 2 Motion for Miscellaneous Relief filed by Defendant Pacific Life Insurance Company, 3 Motion to Transfer Adversary Case filed by Defendant Pacific Life Insurance Company). (Frey, Brian) (Entered: 02/19/2021) |
| 02/19/2021 | | 6 | Motion to Appear pro hac vice (David A. Wender) to Represent Pacific Life Insurance Company Filed by Pacific Life Insurance Company. (Frey, Brian) (Entered: 02/19/2021) |
| 02/19/2021 | | 7 | Motion to Appear pro hac vice (Grant T. Stein)to Represent Pacific Life Insurance Company Filed by Pacific Life Insurance Company. (Frey, Brian) (Entered: 02/19/2021) |
| 02/19/2021 | | 8 | Receipt of filing fee for Motion to Appear pro hac vice(21–00043) [motion,mprohcad] ( 100.00). Receipt number 38023861. Fee amount 100.00 (re: Doc # 6) (U.S. Treasury) (Entered: 02/19/2021) |
| 02/19/2021 | | 9 | Receipt of filing fee for Motion to Appear pro hac vice(21–00043) [motion,mprohcad] ( 100.00). Receipt number 38023861. Fee amount 100.00 (re: Doc # 7) (U.S. Treasury) (Entered: 02/19/2021) |
| 02/22/2021 | | 10 | Order Granting Motion For Admission Appear pro hac vice (related document(s):6 Motion to Appear pro hac vice (David A. Wender) to Represent Pacific Life Insurance Company filed by Defendant Pacific Life Insurance Company). (Horning, Kelly) (Entered: 02/22/2021) |
| 02/22/2021 | | 11 | Order Granting Motion For Admission pro hac vice (related document(s):7 Motion to Appear pro hac vice (Grant T. Stein)to Represent Pacific Life Insurance Company filed by Defendant Pacific Life Insurance Company). (Horning, Kelly) (Entered: 02/22/2021) |
| 02/24/2021 | | 12 | Answer to Complaint Answer to Wardman Hotel Owner L.L.C.'s Counterclaim Filed by Marriott Hotel Services, Inc.. (Correal, Colleen) (Entered: 02/24/2021) |
| 02/24/2021 | | 13 | BNC Certificate of Mailing – PDF Document. (related document(s)10 Order on Motion to Appear pro hac vice). No. of Notices: 6. Notice Date 02/24/2021. (Admin.) (Entered: 02/25/2021) |
| 02/24/2021 | | 14 | BNC Certificate of Mailing – PDF Document. (related document(s)11 Order on Motion to Appear pro hac vice). No. of Notices: 7. Notice Date 02/24/2021. (Admin.) (Entered: 02/25/2021) |

| | | | |
|---|---|---|---|
| 02/26/2021 | | 15 | Line /Designation of Items on the Docket of the Above Captioned Removed Case in Accordance with Md. L.B.R. 9027–2(c) Filed by Brian Frey (related document(s)2 Motion for Miscellaneous Relief filed by Defendant Pacific Life Insurance Company). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Frey, Brian) (Entered: 02/26/2021) |
| 02/26/2021 | | 16 | Order of Recusal, Involvement of Judge Thomas J. Catliota Terminated. Judge Lori S. Simpson added to case . (Horning, Kelly) (Entered: 02/26/2021) |
| 02/28/2021 | | 17 | BNC Certificate of Mailing – PDF Document. (related document(s)16 Order of Recusal). No. of Notices: 7. Notice Date 02/28/2021. (Admin.) (Entered: 03/01/2021) |
| 03/03/2021 | | 18 | Notice of Hearing RE: 3 Motion to Transfer Adversary Case filed by Defendant Pacific Life Insurance Company; Hearing scheduled for 3/18/2021 at 11:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688. (Alexander, Lisa) (Entered: 03/03/2021) |
| 03/03/2021 | | 19 | Order Upon Notice of Removal to Bankruptcy Court RE: 2 Motion/Notice of Removal filed by Defendant Pacific Life Insurance Company; Hearing scheduled for 3/29/2021 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688. (Alexander, Lisa) (Entered: 03/03/2021) |
| 03/03/2021 | | 20 | Affidavit Re: Service Filed by Brian Frey (related document(s)19 Order Setting Hearing (ap)). (Frey, Brian) (Entered: 03/03/2021) |
| 03/03/2021 | | 21 | Line STATEMENT OF MARRIOTT HOTEL SERVICES, INC. PURSUANT TO RULE 9027(e)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE Filed by Colleen Coffman Correal. (Correal, Colleen) (Entered: 03/03/2021) |
| 03/04/2021 | | 22 | Amended Notice of Hearing (related document(s)3 Motion to Transfer Adversary Case filed by Defendant Pacific Life Insurance Company). Hearing scheduled for 3/29/2021 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688. (Horning, Kelly) (Entered: 03/04/2021) |
| 03/05/2021 | | 23 | BNC Certificate of Mailing – Hearing. (related document(s)18 Notice of Hearing). No. of Notices: 7. Notice Date 03/05/2021. (Admin.) (Entered: 03/06/2021) |
| 03/05/2021 | | 24 | BNC Certificate of Mailing – PDF Document. (related document(s)19 Order Setting Hearing (ap)). No. of Notices: 7. Notice Date 03/05/2021. (Admin.) (Entered: 03/06/2021) |
| 03/06/2021 | | 25 | BNC Certificate of Mailing – Hearing. (related document(s)22 Notice of Hearing). No. of Notices: 7. Notice Date 03/06/2021. (Admin.) (Entered: 03/07/2021) |
| 03/11/2021 | | 26 | Notice of Appearance and Request for Notice Filed by Marriott Hotel Services, Inc.. (Correal, Colleen) (Entered: 03/11/2021) |
| 03/12/2021 | | 27 | |

| | | | |
|---|---|---|---|
| | | | Motion to Appear pro hac vice Paul B. Rietma to Represent Marriott Hotel Services, Inc. Filed by Marriott Hotel Services, Inc.. (Correal, Colleen) (Entered: 03/12/2021) |
| 03/12/2021 | | 28 | Receipt of filing fee for Motion to Appear pro hac vice(21–00043) [motion,mprohcad] ( 100.00). Receipt number 38110524. Fee amount 100.00 (re: Doc # 27) (U.S. Treasury) (Entered: 03/12/2021) |
| 03/12/2021 | | 29 | Motion to Appear pro hac vice Alex Trepp to Represent Marriott Hotel Services, Inc. Filed by Marriott Hotel Services, Inc.. (Correal, Colleen) (Entered: 03/12/2021) |
| 03/12/2021 | | 30 | Receipt of filing fee for Motion to Appear pro hac vice(21–00043) [motion,mprohcad] ( 100.00). Receipt number 38110538. Fee amount 100.00 (re: Doc # 29) (U.S. Treasury) (Entered: 03/12/2021) |
| 03/17/2021 | | 31 | Order Granting Motion For Admission Pro Hac Vice(related document(s):27 Motion to Appear pro hac vice Paul B. Rietma to Represent Marriott Hotel Services, Inc. filed by Plaintiff Marriott Hotel Services, Inc.). (Horning, Kelly) (Entered: 03/17/2021) |
| 03/17/2021 | | 32 | Order Granting Motion For Admission Pro Hac Vice (related document(s):29 Motion to Appear pro hac vice vice Alex Trepp to Represent Marriott Hotel Services, Inc. filed by Plaintiff Marriott Hotel Services, Inc.). (Horning, Kelly) (Entered: 03/17/2021) |
| 03/18/2021 | | 33 | Consent Order Granting Motion To Transfer Venue Of Removed Case To The United States Bankruptcy Court For The District Of Delaware Where The Chapter 11 Bankruptcy Case Of Defendant Wardman Hotel Owner, L.L.C. Is Pending (related document(s):3 Motion to Transfer Adversary Case filed by Defendant Pacific Life Insurance Company). (Horning, Kelly) (Entered: 03/18/2021) |
| 03/19/2021 | | 34 | Motion for Remand Mandatory Abstention from Hearing and Remand of Claims Against Pacific Life Insurance Company, or in the Alternative, Permissive Abstention and Remand Filed by Marriott Hotel Services, Inc.. (Attachments: # 1 Proposed Order # 2 Exhibit Exhibits B – E) (Correal, Colleen) (Entered: 03/19/2021) |
| 03/19/2021 | | 35 | BNC Certificate of Mailing – PDF Document. (related document(s)31 Order on Motion to Appear pro hac vice). No. of Notices: 9. Notice Date 03/19/2021. (Admin.) (Entered: 03/20/2021) |
| 03/19/2021 | | 36 | BNC Certificate of Mailing – PDF Document. (related document(s)32 Order on Motion to Appear pro hac vice). No. of Notices: 10. Notice Date 03/19/2021. (Admin.) (Entered: 03/20/2021) |
| 03/20/2021 | | 37 | BNC Certificate of Mailing – PDF Document. (related document(s)33 Order on Motion To Transfer Adversary). No. of Notices: 11. Notice Date 03/20/2021. (Admin.) (Entered: 03/21/2021) |
| 03/23/2021 | | 38 | Line /Circuit Court for Montgomery County Docket Pleadings Part 1 (Dkt. 1–10) Filed by Brian Frey. (Attachments: # 1 Dkt 1 # 2 Dkt 2 # 3 Dkt 3 # 4 Dkt 4 # 5 Dkt 5 # 6 Dkt 6 # 7 Dkt 7 # 8 Dkt 8 # 9 Dkt 9 # 10 Dkt 10) (Frey, Brian) (Entered: 03/23/2021) |
| 03/23/2021 | | 39 | Line /Circuit Court for Montgomery County Docket Pleadings Part 2 (Dkt. 11–40) Filed by Brian Frey. (Attachments: # 1 Dkt 11 # 2 Dkt 12 # 3 Dkt |

| | | | |
|---|---|---|---|
| | | | 13 # 4 Dkt 14 # 5 Dkt 15 # 6 Dkt 16 # 7 Dkt 17 # 8 Dkt 18 # 9 Dkt 19 # 10 Dkt 20 # 11 Dkt 21 # 12 Dkt 22 # 13 Dkt 23 # 14 Dkt 24 # 15 Dkt 25 # 16 Dkt 26 # 17 Dkt 27 # 18 Dkt 28 # 19 Dkt 29 # 20 Dkt 30 # 21 Dkt 31 # 22 Dkt 32 # 23 Dkt 33 # 24 Dkt 34 # 25 Dkt 35 # 26 Dkt 36 # 27 Dkt 37 # 28 Dkt 38 # 29 Dkt 39 # 30 Dkt 40) (Frey, Brian) (Entered: 03/23/2021) |
| 03/23/2021 | | 40 | Line /Circuit Court for Montgomery County Docket Pleadings Part 3 (Dkt. 41–65) Filed by Brian Frey. (Attachments: # 1 Dkt 41 # 2 Dkt 42 # 3 Dkt 43 # 4 Dkt 44 # 5 Dkt 45 # 6 Dkt 46 # 7 Dkt 47 # 8 Dkt 48 # 9 Dkt 49 # 10 Dkt 50 # 11 Dkt 51 # 12 Dkt 52 # 13 Dkt 53 # 14 Dkt 54 # 15 Dkt 55 # 16 Dkt 56 # 17 Dkt 57 # 18 Dkt 58 # 19 Dkt 59 # 20 Dkt 60 # 21 Dkt 61 # 22 Dkt 62 # 23 Dkt 63 # 24 Dkt 64 # 25 Dkt 65) (Frey, Brian) (Entered: 03/23/2021) |
| 03/23/2021 | | 41 | Line /Circuit Court for Montgomery County Docket Pleadings Part 4 (Dkt. 66–74) Filed by Brian Frey. (Attachments: # 1 Dkt 66 # 2 Dkt 67 # 3 Dkt 68 # 4 Dkt 69 # 5 Dkt 70 # 6 Dkt 71 # 7 Dkt 72 # 8 Dkt 73 # 9 Dkt 74) (Frey, Brian) (Entered: 03/23/2021) |
| 03/23/2021 | | 42 | Line /Circuit Court for Montgomery County Docket Pleadings Part 5 (Dkt. 75–91) Filed by Brian Frey. (Attachments: # 1 Dkt 75 # 2 Dkt 76 # 3 Dkt 77 # 4 Dkt 78 # 5 Dkt 79 # 6 Dkt 80 # 7 Dkt 81 # 8 Dkt 82 # 9 Dkt 83 # 10 Dkt 84 # 11 Dkt 85 # 12 Dkt 86 # 13 Dkt 87 # 14 Dkt 88 # 15 Dkt 89 # 16 Dkt 90 # 17 Dkt 91) (Frey, Brian) (Entered: 03/23/2021) |
| 03/23/2021 | | 43 | Line /Circuit Court for Montgomery County Docket Pleadings Part 6 (Dkt. 92 and 93) Filed by Brian Frey. (Attachments: # 1 Dkt 92 # 2 Dkt 93) (Frey, Brian) (Entered: 03/23/2021) |
| 03/24/2021 | | 44 | Line /Supplement of Circuit Court for Montgomery County Docket Pleadings (Dkt. 58 to Dkt 62; Dkt 66, Dkt. 72 to Dkt. 74; Dkt. 76; Dkt. 82 and Dkt. 88) Filed by Brian Frey. (Attachments: # 1 Dkt 58 # 2 Dkt 59 # 3 Dkt 60 # 4 Dkt 61 # 5 Dkt 62 # 6 Dkt 66 # 7 Dkt 72 # 8 Dkt 73 # 9 Dkt 74 # 10 Dkt 76 # 11 Dkt 82 # 12 Dkt 88) (Frey, Brian) (Entered: 03/24/2021) |