**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>WARDMAN HOTEL OWNER, L.L.C.,<br><br>Debtor. | Chapter 11 Case<br><br>Case No. 21-10023 (JTD) |
| MARRIOTT HOTEL SERVICES, INC.<br>10400 Fernwood Road,<br>Bethesda, Maryland 20817<br><br>Plaintiff,<br><br>-against-<br><br>WARDMAN HOTEL OWNER, L.L.C.<br>4747 Bethesda Avenue, Suite 200,<br>Bethesda, Maryland 20814<br><br>PACIFIC LIFE INSURANCE COMPANY<br>700 Newport Center Drive<br>Newport Beach, California 92660<br><br>Defendants. | Adv. Pro. No. 21-50263 (JTD) |

**NOTICE OF COMPLETION OF BRIEFING**

**PLEASE TAKE NOTICE** that briefing concerning Marriott Hotel Services, Inc.'s *Motion for Mandatory Abstention from Hearing and Remand of Claims Against Pacific Life Insurance Company Pursuant to 28 U.S.C. § 1334(c)(2) or, in the Alternative, Permissive Abstention and Remand Pursuant to 28 U.S.C. §§ 1334(c)(1) and 1452(b)* (ECF No. 34) (the "Motion") has been completed.

**PLEASE TAKE FURTHER NOTICE** that the following documents have been filed in connection with the Motion:

1. Marriott Hotel Services, Inc.'s Motion for Mandatory Abstention from Hearing and Remand of Claims Against Pacific Life Insurance Company Pursuant to 28 U.S.C.

§ 1334(c)(2) or, in the Alternative, Permissive Abstention and Remand Pursuant to 28 U.S.C. §§ 1334(c)(1) and 1452(b) (Adv. Pro. 21-50263, ECF No. 34, Filed 3/19/21);

2. Pacific Life Insurance Company's Memorandum in Opposition to Marriott Hotel Services, Inc.'s Motion for Abstention and Remand (Adv. Pro. 21-50263, ECF No. 46, Filed 4/1/21);

3. Reply to Pacific Life Insurance Company's Memorandum in Opposition to Marriott Hotel Service, Inc.'s Motion for Abstention and Remand (Adv. Pro. 21-50263, ECF No. 47, Filed 4/8/21); and

4. Request for Oral Argument (Adv. Pro. 21-50263, ECF No. 48, Filed 4/15/21).

**PLEASE TAKE FUTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this Notice of Completion of Briefing and the documents identified herein will be delivered to chambers.

Dated: April 16, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT, & TUNNELL LLP**

By: */s/ Eric W. Moats*
Curtis S. Miller (No. 4583)
Eric W. Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9412
Email: cmiller@morrisnichols.com
emoats@morrisnichols.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Ori Katz (admitted *pro hac vice*)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Michael T. Driscoll (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: mdriscoll@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri (admitted *pro hac vice*)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email: jnassiri@sheppardmullin.com

-and-

**JENNER & BLOCK LLP**
Lindsay Harrison (admitted *pro hac vice*)
Alex S. Trepp
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412
Phone: (202) 639-6000
Facsimile: (202) 639-6066
Email: lharrison@jenner.com
Email: atrepp@jenner.com

-and-

**JENNER & BLOCK LLP**
Paul Rietema
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 840-7208
Facsimile: (312) 840-7308
Email: prietema@jenner.com

*Attorneys for Marriott Hotel Services, Inc.*