# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WARDMAN HOTEL OWNER, L.L.C.,<br><br>                                         Debtor. | Chapter 11 Case<br><br>Case No. 21-10023 (JTD) |
| MARRIOTT HOTEL SERVICES, INC.<br>10400 Fernwood Road,<br>Bethesda, Maryland 20817<br><br>                                         Plaintiff,<br><br>-against-<br><br>WARDMAN HOTEL OWNER, L.L.C.<br>4747 Bethesda Avenue, Suite 200,<br>Bethesda, Maryland 20814<br><br>PACIFIC LIFE INSURANCE COMPANY<br>700 Newport Center Drive<br>Newport Beach, California 92660<br><br>                                         Defendants. | Adv. Pro. No. 21-50263 (JTD) |

**ORDER GRANTING MARRIOTT HOTEL SERVICES, INC.'S MOTION FOR MANDATORY ABSTENTION FROM HEARING AND REMAND CLAIMS AGAINST PACIFIC LIFE INSURANCE COMPANY PURSUANT TO 28 U.S.C. § 1334(c)(2)**

Upon consideration of the motion (the "Motion") of Marriott Hotel Services, Inc. ("Marriott") for entry of an order abstaining from hearing the claims against Pacific Life Insurance Company (the "Pacific Life Claims"), and remanding the Pacific Life Claims to the Circuit Court for Montgomery County in Maryland (the "Maryland State Court"), having found that notice of the Motion was proper and adequate under the circumstances, and the Court, for the reasons stated on the record at the hearing on May 11, 2021, having found that cause exists to grant the relief set forth in the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Court hereby abstains from hearing the Pacific Life Claims pursuant to 28 U.S.C. § 1334(c)(2).

3. The Pacific Life Claims are hereby remanded to the Maryland State Court.

4. Marriott, Pacific Life, the Clerk of the United States Bankruptcy Court for the District of Delaware, and the Maryland State Court are authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court retains jurisdiction with respect to interpretation of this Order.

**Dated: May 13th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**